# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| van Meerveld, Janis | United States District Court of Eastern District of Louisian | 05/08/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Full Time Magistrate Judge | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2018<br>to<br>12/31/2018 |

**7. Chambers or Office Address**

Hale Boggs Building, Room B345
500 Poydras Street
New Orleans, LA 70130

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board Member | Boys Hope Girls Hope of New Orleans |
| 2. | Board Member | Susan G. Komen, New Orleans Affiliate |
| 3. | Board Member | Federal Bar Association |
| 4. | Executor | Family Estate |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| van Meerveld, Janis | 05/08/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2018 | Adams and Reese LLP |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| van Meerveld, Janis | 05/08/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| van Meerveld, Janis | 05/08/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Brokerage Account #1 (H) | | | | | | | | | |
| 2. FIDELITY GOVERNMENT CASH RESERVES (FDRXX) | A | Interest | J | T | | | | | |
| 3. FIDELITY ADVISOR NEW INSIGHTS CL Z (FZANX) | A | Dividend | M | T | | | | | |
| 4. | E | Distribution | | | | | | | |
| 5. FIDELITY EMERGING MKTS INDEX (FPADX) | A | Dividend | K | T | Buy (add'l) | 12/03/18 | J | | |
| 6. THE GROWTH FUND OF AMERICA F3 (GAFFX) | B | Dividend | M | T | | | | | |
| 7. | D | Distribution | | | | | | | |
| 8. HARTFORD INTL EQUITY FUND CL Y (HDVYX) | B | Dividend | L | T | | | | | |
| 9. | D | Distribution | | | | | | | |
| 10. VANGUARD LIMITD TERM TAX EXEMPT ADMIRAL (VMLUX) | A | Dividend | | | Sold | 05/22/18 | K | A | |
| 11. VANGUARD SPECIALIZED FUNDS DIV APP ETF (VIG) | C | Dividend | M | T | | | | | |
| 12. VANGUARD ALL WORLD EX-US (VEU) | B | Dividend | K | T | | | | | |
| 13. VANGUARD INDEX FDS MID-CAP VALUE INDEX (VOE) | A | Dividend | K | T | Buy (add'l) | 05/24/18 | K | | |
| 14. VANGUARD INDEX FDS VANGUARD SMALL CAP (VBR) | A | Dividend | K | T | Buy (add'l) | 05/24/18 | K | | |
| 15. IRA Account #1 (H) | | | | | | | | | |
| 16. FIDELITY GOVERNMENT CASH RESERVES (FDRXX) | A | Interest | J | T | | | | | |
| 17. FIDELITY TOTAL MARKET INDEX FUND (FSKAX) | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| van Meerveld, Janis | 05/08/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | A | Distribution | | | | | | | |
| 19. VANGUARD ALL WORLD EX-US (VEU) | A | Dividend | J | T | | | | | |
| 20. Variable Annuity #1 (H) | | | | | | | | | |
| 21. FIDELITY LIFE PRA HIGH INCOME | | None | J | T | | | | | |
| 22. FIDELITY LIFE PRA INDEX 500 | | None | M | T | | | | | |
| 23. FIDELITY VIP BOND INDEX | | None | K | T | Buy | 07/09/18 | K | | |
| 24. FIDELITY VIP INTERNATIONAL INDEX | | None | K | T | Buy | 07/09/18 | K | | |
| 25. FIDELITY LIFE PRA OVERSEAS | | None | | | Sold | 07/09/18 | K | | |
| 26. FIDELITY LIFE PRA INV GRADE BOND | | None | | | Sold | 07/09/18 | K | | |
| 27. Brokerage Account #2 (H) | | | | | | | | | |
| 28. FIDELITY GOVERNMENT CASH RESERVES (FDRXX) | A | Interest | J | T | | | | | |
| 29. FIDELITY EMERGING MKTS INDEX PREMIUM (FPADX) | B | Dividend | L | T | Buy (add'l) | 03/05/18 | J | | |
| 30. | | | | | Buy (add'l) | 12/03/18 | J | | |
| 31. CAPITAL WORLD GROWTH AND INCOME F3 (FWGIX) | C | Dividend | M | T | | | | | |
| 32. | D | Distribution | | | | | | | |
| 33. THE GROWTH FUND OF AMERICA F3 (GAFFX) | B | Dividend | M | T | | | | | |
| 34. | E | Distribution | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| van Meerveld, Janis | 05/08/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. THE INCOME FUND OF AMERICA F3 (FIFAX) | D | Dividend | M | T | | | | | |
| 36. | D | Distribution | | | | | | | |
| 37. VANGUARD LIMITD TERM TAX EXEMPT ADMIRAL (VMLUX) | A | Dividend | | | Sold | 05/22/18 | K | A | |
| 38. VANGUARD SPECIALIZED FUNDS DIV APP ETF (VIG) | C | Dividend | M | T | | | | | |
| 39. VANGUARD WHITEHALL FDS HIGH DIVIDEND YIELD ETF (VYM) | C | Dividend | M | T | | | | | |
| 40. VANGUARD INTL EQUITY INDEX FUND (VT) | C | Dividend | M | T | | | | | |
| 41. VANGUARD INDEX FDS MID-CAP VALUE INDEX (VOE) | B | Dividend | K | T | Buy (add'l) | 05/24/18 | K | | |
| 42. | | | | | Buy (add'l) | 08/20/18 | J | | |
| 43. VANGUARD INDEX FDS VANGUARD SMALL CAP (VBR) | A | Dividend | K | T | Buy (add'l) | 05/24/18 | K | | |
| 44. | | | | | Buy (add'l) | 08/20/18 | J | | |
| 45. IRA Account #2 (H) | | | | | | | | | |
| 46. FIDELITY GOVERNMENT CASH RESERVES (FDRXX) | A | Interest | J | T | | | | | |
| 47. FIDELITY ADVISOR NEW INSIGHTS CL I (FINSX) | | None | | | Sold | 12/03/18 | L | | |
| 48. FIDELITY EMERGING MKTS INDEX PREMIUM (FPMAX) | A | Dividend | K | T | | | | | |
| 49. THE GROWTH FUND OF AMERICA F3 (GAFFX) | B | Dividend | M | T | | | | | |
| 50. | D | Distribution | | | | | | | |
| 51. NEW PERSPECTIVE FUND F3 (FNPFX) | B | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| van Meerveld, Janis | 05/08/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | D | Distribution | | | | | | | |
| 53. VANGUARD 500 INDEX ADMIRAL (VFIAX) | C | Dividend | M | T | | | | | |
| 54. ISHARES EDGE MSCI INTERNATIONAL VALUE ETF (IVLU) | B | Dividend | L | T | Buy | 12/04/18 | L | | |
| 55. VANGUARD SPECIALIZED FUNDS DIV APP ETF (VIG) | B | Dividend | L | T | | | | | |
| 56. VANGUARD ALL WORLD EX-US (VEU) | B | Dividend | K | T | | | | | |
| 57. VANGUARD INDEX FDS MID-CAP VALUE INDEX (VOE) | A | Dividend | K | T | | | | | |
| 58. VANGUARD INDEX FDS VANGUARD SMALL CAP (VBR) | A | Dividend | K | T | | | | | |
| 59. Variable Annuity #2 (H) | | | | | | | | | |
| 60. Nationwide Destination B2 American NVIT Asset Allocation | | None | M | T | | | | | |
| 61. Nationwide Destination B2 American NVIT Bond | | None | M | T | | | | | |
| 62. Nationwide Destination B2 American NVIT Growth & Income | | None | M | T | | | | | |
| 63. Variable Annuity #3 (H) | | | | | | | | | |
| 64. Nationwide Destination B2 American NVIT Asset Allocation | | None | K | T | | | | | |
| 65. Nationwide Destination B2 American NVIT Growth & Income | | None | K | T | | | | | |
| 66. Nationwide Destination B2 American NVIT Bond | | None | K | T | | | | | |
| 67. Brokerage Account #3 (H) | | | | | | | | | |
| 68. Fidelity Government Cash Reserves (FDRXX) | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| van Meerveld, Janis | 05/08/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Fidelity Emerging Makrets Index Fund (FPADX) | A | Dividend | J | T | Buy (add'l) | 05/23/18 | J | | |
| 70. iShares Core S&P Total US Stock Market ETF (ITOT) | A | Dividend | K | T | Buy (add'l) | 08/20/18 | J | | |
| 71. Vanguard All World Ex-US(VEU) | A | Dividend | J | T | | | | | |
| 72. Brokerage #4 (H) | | | | | | | | | |
| 73. Fidelity Government Cash Reserves (FDRXX) | A | Interest | J | T | | | | | |
| 74. iShares Core S&P Total US Stock Market ETF (ITOT) | A | Dividend | J | T | Buy (add'l) | 03/28/18 | J | | |
| 75. 401(k) #1 (H) | | | | | | | | | |
| 76. Harbor International Fund Institutional Cass (HAINX) | D | Dividend | M | T | Buy (add'l) | 01/15/18 | J | | |
| 77. | E | Distribution | | | Buy (add'l) | 02/15/18 | J | | |
| 78. | | | | | Buy (add'l) | 03/15/18 | J | | |
| 79. | | | | | Buy (add'l) | 04/13/18 | J | | |
| 80. | | | | | Buy (add'l) | 05/15/18 | J | | |
| 81. | | | | | Buy (add'l) | 06/15/18 | J | | |
| 82. | | | | | Buy (add'l) | 07/13/18 | J | | |
| 83. | | | | | Buy (add'l) | 08/15/18 | J | | |
| 84. | | | | | Buy (add'l) | 09/14/18 | J | | |
| 85. | | | | | Buy (add'l) | 10/15/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| van Meerveld, Janis | 05/08/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Buy (add'l) | 11/15/18 | J | | |
| 87. | | | | | Buy (add'l) | 12/14/18 | J | | |
| 88. Dodge & Cox (DODGX) | D | Dividend | N | T | Buy (add'l) | 01/15/18 | J | | |
| 89. | E | Distribution | | | Buy (add'l) | 02/15/18 | J | | |
| 90. | | | | | Buy (add'l) | 03/15/18 | J | | |
| 91. | | | | | Buy (add'l) | 04/13/18 | J | | |
| 92. | | | | | Buy (add'l) | 05/15/18 | J | | |
| 93. | | | | | Buy (add'l) | 06/15/18 | J | | |
| 94. | | | | | Buy (add'l) | 07/13/18 | J | | |
| 95. | | | | | Buy (add'l) | 08/15/18 | J | | |
| 96. | | | | | Buy (add'l) | 09/14/18 | J | | |
| 97. | | | | | Buy (add'l) | 10/15/18 | J | | |
| 98. | | | | | Buy (add'l) | 11/15/18 | J | | |
| 99. | | | | | Buy (add'l) | 12/14/18 | J | | |
| 100. Vanguard Institutional Index (VINIX) | E | Dividend | P1 | T | Buy (add'l) | 01/15/18 | J | | |
| 101. | | | | | Buy (add'l) | 02/15/18 | J | | |
| 102. | | | | | Buy (add'l) | 03/15/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| van Meerveld, Janis | 05/08/2019 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Buy (add'l) | 04/13/18 | J | | |
| 104. | | | | | Buy (add'l) | 05/15/18 | J | | |
| 105. | | | | | Buy (add'l) | 06/15/18 | J | | |
| 106. | | | | | Buy (add'l) | 07/13/18 | J | | |
| 107. | | | | | Buy (add'l) | 08/15/18 | J | | |
| 108. | | | | | Buy (add'l) | 09/14/18 | J | | |
| 109. | | | | | Buy (add'l) | 10/15/18 | J | | |
| 110. | | | | | Buy (add'l) | 11/15/18 | J | | |
| 111. | | | | | Buy (add'l) | 12/14/18 | J | | |
| 112. American Growth Fund of America (RGAGX) | C | Dividend | N | T | Buy (add'l) | 01/15/18 | J | | |
| 113. | E | Distribution | | | Buy (add'l) | 02/15/18 | J | | |
| 114. | | | | | Buy (add'l) | 03/15/18 | J | | |
| 115. | | | | | Buy (add'l) | 04/13/18 | J | | |
| 116. | | | | | Buy (add'l) | 05/15/18 | J | | |
| 117. | | | | | Buy (add'l) | 06/15/18 | J | | |
| 118. | | | | | Buy (add'l) | 07/13/18 | J | | |
| 119. | | | | | Buy (add'l) | 08/15/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| van Meerveld, Janis | 05/08/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Buy (add'l) | 09/14/18 | J | | |
| 121. | | | | | Buy (add'l) | 10/15/18 | J | | |
| 122. | | | | | Buy (add'l) | 11/15/18 | J | | |
| 123. | | | | | Buy (add'l) | 12/14/18 | J | | |
| 124.  401(k) #2 (H) | | | | | | | | | |
| 125.  Vanguard Institutional Index I (VINIX) | D | Dividend | N | T | | | | | |
| 126.  Dodge & Cox Stock (DODGX) | C | Dividend | M | T | | | | | |
| 127. | D | Distribution | | | | | | | |
| 128.  American Growth Fund of America R6 (RGAGX) | B | Dividend | M | T | | | | | |
| 129. | D | Distribution | | | | | | | |
| 130.  Harbor International Institutional (HAINX) | C | Dividend | M | T | | | | | |
| 131. | D | Distribution | | | | | | | |
| 132.  Bank Account #1 (H) | | | | | | | | | |
| 133.  Regions Bank | A | Interest | N | T | | | | | |
| 134.  Bank Account #2 (H) | | | | | | | | | |
| 135.  ASI Federal Credit Union | A | Interest | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1. In Brokerage Account #1, holding FINSX was converted to FZANX via a non-taxable share class conversion on 05/31/2018. FZANX does not represent the purchase of a new security.

2. In Brokerage Account #1, FCASH was converted to FDRXX on 02/08/2018. FDRXX does not represent the purchase of a new security.

3. In Brokerage Account #1, holding FPMAX merged with fund FPADX on 11/09/2018. FPADX does not represent the purchase of a new security.

4. In Brokerage Account #1, holding HCTYX merged with fund HDVYX on 10/26/2018. HDVYX does not represent the purchase of a new security.

5. In IRA Account #1, holding FSTVX merged with fund FSKAX on 11/02/2018. FSKAX does not represent the purchase of a new security.

6. In Brokerage Account #2, FCASH was converted to FDRXX on 02/08/2018. FDRXX does not represent the purchase of a new security.

7. In Brokerage Account #2, holding FPMAX merged with fund FPADX on 11/09/2018. FPADX does not represent the purchase of a new security.

8. In IRA Account #2, holding FPMAX merged with fund FPADX on 11/09/2018. FPADX does not represent the purchase of a new security

9. In Brokerage Account #3, FCASH was converted to FDRXX on 02/08/2018. FDRXX does not represent the purchase of a new security.

10. In Brokerage Account #3, holding FPMAX merged with fund FPADX on 11/09/2018. FPADX does not represent the purchase of a new security.

11. No assets are reportable relative to the position of executor listed in Part 1.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Janis van Meerveld**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544